## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| DANIEL PATTON, | : | No. 65 MAL 2020 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the |
| v. | : | Commonwealth Court |
| | : | |
| | : | |
| COMMONWEALTH OF PENNSYLVANIA, | : | |
| DEPARTMENT OF TRANSPORTATION, | : | |
| BUREAU OF DRIVER LICENSING, | : | |
| | : | |
| Respondent | : | |

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 4th day of August, 2020, the Petition for Allowance of Appeal is **DENIED**.